UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY C. YARUM,<br><br>             Plaintiff,<br>   v.<br><br>ALLIEDBARTON SECURITY SERVICES LP, and DOES 1 through 100,<br><br>             Defendants. | Case No.: 09-CV-05615-LHK<br><br>MINUTE ORDER AND CASE MANAGEMENT ORDER |

Clerk:  Martha Parker Brown      Plaintiff Attorney: David Chun
Reporter:  Lee-Anne Shortridge   Defendant Attorney: Donna Keeton, by telephone

      A case management conference was held on: November 5, 2010.  The following dates and deadlines are herby adopted:

DISCOVERY PLAN: Per Fed. R. Civ. Pro. and Local Rules, subject to any provisions below:
      Deposition of Eri Shu: November 30, 2010 at 9:00 A.M.  Three hour limit.
      Deposition of Plaintiff: November 30, 2010 at 1:00 P.M.  Three hour limit.
      Deposition of Dr. Steiner: December 1, 2010.  Parties will work out location.
      Deposition of Dr. Fogler: December 2, 2010.  Parties will work out location.

FACT DISCOVERY CUTOFF is January 21, 2011.

EXPERT DISCLOSURES: February 1, 2011.

REBUTTAL EXPERT DISCLOSURES: February 14, 2011.

EXPERT DISCOVERY CUT-OFF is March 1, 2011.

DISPOSITIVE MOTIONS shall be filed by February 4, 2011, and set for hearing no later than March 24, 2011.

PRETRIAL CONFERENCE DATE is April 20, 2011, at 2 P.M.

JURY TRIAL DATE is May 2, 2011, at 9 A.M. in courtroom 4, 5th floor.

TRIAL LENGTH is estimated to be 5 days.

**IT IS SO ORDERED.**

Dated: November 5, 2010

                                                    *Lucy H. Koh*
                                                    LUCY H. KOH
                                                    United States District Judge