UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY C. YARUM, <br><br>　　　　　Plaintiff, <br><br>　v. <br><br>ALLIEDBARTON SECURITY SERVICES LP, and DOES 1 through 100, <br><br>　　　　　Defendants. | Case No.: 09-CV-05615-LHK <br><br> ORDER RE DEFENDANT'S SUMMARY JUDGMENT MOTION |

On February 4, 2011, Defendant AlliedBarton Security Services LP moved for summary judgment. Dkt. No. 60. A hearing on AlliedBarton's motion was set for March 24, 2011. Under Civil Local Rule 7-3, Plaintiff Mary Yarum had until March 3, 2011 to file either an opposition or a statement of nonopposition to AlliedBarton's motion. As of this Order, Yarum had not filed either an opposition or a statement of nonopposition. The Court notes, however, that the Certification of ADR Session, filed February 18, 2011, represents that the parties fully settled their dispute through mediation. Dkt. No. 65.

///

///

///

///

///

1

Case No.: 09-CV-05615-LHK
ORDER RE DEFENDANT'S SUMMARY JUDGMENT MOTION

If the parties have settled their case, they shall file a stipulated notice of voluntary dismissal by March 10, 2011. Otherwise, the March 24, 2011 motion hearing will remain as set.

**IT IS SO ORDERED.**

Dated: March 7, 2011

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge