MARTENSON, HASBROUCK & SIMON LLP
  Marty N. Martenson (admitted *pro hac vice*)
  Donna L. Keeton (admitted *pro hac vice*)
3379 Peachtree Road, N.E., Suite 400
Atlanta, Georgia 30326
Telephone: (404) 909-8100
Facsimile: (404) 909-8120
mnmartenson@martensonlaw.com
dkeeton@martensonlaw.com
  and
CARLTON, DiSANTE & FREUDENBERGER, LLP
  Nancy Berner (SBN 227142)
601 Montgomery Street, Suite 350
San Francisco, CA 94111
Telephone : (415) 981-3233
Facsimile : (415) 981-3246
nberner@cdflaborlaw.com
*Counsel for Defendant*
*AlliedBarton Security Services LP*

LAW OFFICES OF DAVID Y. CHUN
  David Y. Chun, Esq.
12 South First Street
Suite 912
San Jose, CA 95113
Telephone: (408) 995-0200
Facsimile: (408) 228-5033
*Counsel for Plaintiff*
*Mary C. Yarum*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY C. YARUM,<br><br>    Plaintiff,<br><br>v.<br><br>ALLIEDBARTON SECURITY SERVICES LP, and DOES 1 through 100,<br><br>    Defendants. | Case No. C 09-05615-LHK (HJL)<br><br>JOINT STIPULATION AND ~~PROPOSED~~ ORDER OF DISMISSAL WITH PREJUDICE |

COME NOW Plaintiff Mary Yarum and Defendant AlliedBarton Security Services LP, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and file this Joint Stipulation and Proposed Order of Dismissal with Prejudice and show as follows:

The parties in the above-captioned case have agreed to resolve the matter through settlement and have entered into a Settlement Agreement and General Release. As a term and condition of that settlement agreement, Plaintiff agreed to dismiss her claims against Defendant with prejudice.

NOW THEREFORE, the parties stipulate and agree to the dismissal of the above-captioned case, and each and every claim therein, with prejudice. All parties to bear their own costs.

Respectfully submitted,

Dated: February 14, 2011        LAW OFFICES OF DAVID Y. CHUN

By: _____
David Y. Chun, Esq
Attorneys for Plaintiff
MARY C. YARUM

Dated: March 8, 2011            MARTENSON, HASBROUCK & SIMON LLP

By: _____
Donna L. Keeton (admitted pro hac vice)
Attorneys for Defendant
ALLIEDBARTON SECURITY SERVICES, LP

2        Case No. C 09-05615-LHK (HJL)
         Stip./Proposed Order of Dismissal

PURSUANT TO STIPULATION, IT IS SO ORDERED that this matter is hereby DISMISSED WITH PREJUDICE this  8th   day of  March  , 2011. The Clerk shall close the file.

*Lucy H. Koh*

Lucy H. Koh, U.S. District Judge